UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota School Boards Association Insurance Trust and Independent School District 94, Cloquet,

Plaintiffs,

vs.

Civil No. 00-2042 (RHK/RLE)

**ORDER**

Equal Employment Opportunity Commission, Education Minnesota, and Education Minnesota-Cloquet,

Defendants.

---

Plaintiffs' Motion for Partial Summary Judgment and Permanent Injunction is referred to Magistrate Judge Raymond L. Erickson for a recommended disposition. Defendants have advised the Court of their intention to file Rule 12 dispositive motions to dismiss the Complaint; these proposed Rule 12 motions are referred to Judge Erickson for a recommended disposition. Also before the Court are requests from counsel for the establishment of a briefing schedule for the foregoing motions; these requests are also referred to Judge Erickson.

Dated: January 5, 2001

RICHARD H. KYLE
United States District Judge

FILED JAN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________