UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * 

Minnesota School Boards
Association Insurance Trust
and Independent School District
94, Cloquet,

Plaintiffs,

vs. NOTICE OF HEARING

Equal Employment Opportunity
Commission, Education Minnesota
and Education Minnesota-Cloquet,

Defendants. Civ. No. 00-2042 (RHK/RLE)

* * * * * * * * * * * * * * * * * * 

At Duluth, in the District of Minnesota, this 9th day of January, 2001.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(B) and and Order of Reference dated January 5, 2001, the Plaintiffs' Motion for Partial Summary Judgment and Permanent Injunction is set for Hearing before the undersigned on **Thursday, February 1, 2001, at 11:00 a.m.**, in Court Room 3, United States Courthouse, 515 West First St., Duluth, Minnesota. The parties' attention is directed to LR7.1(b), Civil Motion Practice.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED JAN 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK