ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| The Minnesota School Boards Association Insurance Trust, and Independent School District 94, Cloquet,<br><br>Plaintiffs,<br><br>v.<br><br>The United States Equal Employment Opportunity Commission, Education Minnesota, and Education Minnesota - Cloquet,<br><br>Defendants. | Court File No. 00-2042 RHK/RLE<br><br>**ORDER** |

The above-entitled matter came duly on for hearing before The Honorable Raymond L. Erickson, Magistrate Judge of United States District Court upon Plaintiffs' Motion to Expand the page limits of Local Rule 7.1(c) regarding their Motion for Partial Summary Judgment.

All parties appeared through counsel. The Court being fully apprised in the premises, hereby makes the following:

**ORDER**

1. Plaintiffs' Motion to Expand the page limits of Local Rule 7.1(c) is GRANTED.
2. Plaintiffs may have a cumulative total of 45 pages with respect to memoranda submitted to the Court regarding Plaintiffs Motion for Partial Summary Judgment.

**BY THE COURT:**

Dated: 2/12/01

Raymond L. Erickson
Magistrate Judge of United States District Court

FEB 12 2001
CLERK