IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| THE MINNESOTA SCHOOL BOARDS ASSOCIATION INSURANCE TRUST; INDEPENDENT SCHOOL DISTRICT 94, CLOQUET, Plaintiffs, | ) | |
| v. | ) | File No. 00-2042 (RHK/RLE) |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; EDUCATION MINNESOTA; EDUCATION MINNESOTA – CLOQUET,) Defendants. | ) | |

ORDER

Upon consideration of the Defendant U.S. Equal Employment Opportunity Commission's Consent Motion for Extension of Time To File Its Opposition To Plaintiffs' Motion For Summary Judgment, it is this 12th day of February, 2001 hereby:

ORDERED that Defendant U.S. Equal Employment Opportunity Commission's Consent Motion for Extension of Time To File Its Opposition To Plaintiffs' Motion For Summary Judgment is GRANTED; and it is further

ORDERED that Defendant's Opposition to Plaintiffs' Motion for Summary Judgment must be served by February 26, 2001, by first-class mail and facsimile transmission.

DATED this 12 day of February 2001.

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

FEB 12 2001
E. DOSAL, CLERK
ENTD
CLERK

35