# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

The Minnesota School Board Association Insurance Trust, and Independent School District 94–Cloquet,

Plaintiffs,

vs.

The United States Equal Employment Opportunity Commission, Education Minnesota, and Education Minnesota–Cloquet,

Defendants.

Civil 00-2042 (RHK/RLE)

**ORDER**

Before the Court are Plaintiff's Objections to the August 15, 2001 Report and Recommendation of Magistrate Judge Raymond L. Erickson. Defendants have responded in opposition.

Having conducted the required de novo review of the objected to portions of the Report and Recommendation, the undersigned concludes that it should be adopted; it is thorough, well reasoned and fully supported by applicable legal principles.[1]

Upon all of the files, records, and proceedings herein, **IT IS ORDERED** that:

1. The Objections (Doc. No. 56) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 55) is **ADOPTED**;

[1] See also Paraquad, Inc. v. St. Louis Housing Authority, No. 00-1948, 2001 WL 884103 (E.D. Mo. Aug. 8, 2001).

FILED SEP 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 13 2001
DEPUTY CLERK

3. Plaintiffs' Motion for Partial Summary Judgment, and for Injunctive Relief (Doc. No. 13) is **DENIED AS MOOT**;

4. Defendant EEOC's Motion to Dismiss (Doc. No. 22) is **GRANTED**; and

5. Defendant Union's Motion to Dismiss (Doc. No. 26) is **GRANTED**.

Dated: September 13, 2001

RICHARD H. KYLE
United States District Judge

SEP 13 2001

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500