# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Minnesota School Board Association
Insurance Trust and ISD 94-Cloquet

Case No. Civil 00-2042RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

The U.S. EEOC, Education Minnesota and
Education Minnesota-Cloquet

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are **OVERRULED**; the report and recommendation is **ADOPTED**; plaintiffs' motion for partial summary judgment and for injunction relief is **DENIED AS MOOT**; defendant EEOC's motion to dismiss is **GRANTED** and defendant Union's motion to dismiss is **GRANTED**.

DATE: September 13, 2001

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk